NUMBER 13-02-522-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

STEVEN
GARZA,                                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On appeal from the 214th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

           Before Chief Justice
Valdez and Justices Dorsey and Hinojosa

                                       Opinion Per Curiam

 








Appellant, STEVEN
GARZA, attempted to perfect an appeal from a judgment entered by the 214th District Court of Nueces County, Texas.  Sentence in this cause was imposed on August 8, 2002.  No timely
motion for new trial was filed.   The
notice of appeal was due to be filed on September 7, 2002, but
was not filed until September 16, 2002.   Said notice of appeal is untimely
filed.  Appellant filed an untimely
motion to permit late filing of the notice of appeal on October 17,
2002.

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within  fifteen days of the last day allowed
and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and motion requesting an extension
of time within such period. 

The Court, having
considered the documents on file, appellant's failure to timely perfect his
appeal, and appellant=s untimely motion, is
of the opinion that the appeal should be dismissed for want of
jurisdiction.  Appellant=s untimely motion to
permit late filing of notice of appeal is dismissed.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 31st day
of October, 2002.